IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 18-02420-DSC13 |
| NAKYAH NICOLE WILSON, ) | |
| SSS: ###-##-2074 ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and objects to the confirmation of Debtor's plan and moves to dismiss this case based upon the following grounds:

1. The §341 Meeting of Creditors has been continued to July 25, 2018 at 9:30 a.m.

2. The Debtor is not paying as proposed in the plan.

3. The proposed plan payment of $277.36 biweekly will pay a pot plan of $6,200.00.

4. According to Schedule I the Debtor's disposable income is $496.76 ($229.28 biweekly). The proposed plan payments of $277.36 biweekly are not feasible as required by 11 U.S.C. § 1325(a)(6) because they exceed the projected disposable income listed in the Debtor's schedules.

5. The plan does not assume or reject the lease with Bestway.

6. The proposed attorney fee distribution will not work. The Trustee recommends the fee of $3,500.00 be paid as follows: $389.44 at confirmation, $194.72 monthly for 4 months, and then $100.00 monthly until paid in full.

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case. The Trustee prays for such other relief as the Court deems appropriate.

    Bradford W. Caraway
    Chapter 13 Standing Trustee

    By: /s/Charles E. King
    Charles E. King
    Assistant Trustee

KM

Post Office Box 10848
Birmingham, Alabama 35202
(205) 323-4631

CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 20th day of July 2018:

BROCK AND STOUT
bankruptcy@brockandstoutlaw

NAKYAH NICOLE WILSON
7142 SELF ROAD
PINSON, AL 35126

/s/Charles E. King
Assistant Trustee

KM